sion, Second Department. January 25, 1907.) Action by Solomon Goldenberg against Jacob Zirinsky. No opinion. Order affirmed, with $10 costs and disbursements.

In re GREATER NEW YORK DEVELOPMENT CO. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) In the matter of the application of the Greater New York Development Company for payment of an award made in the matter of hospital site at Ocean Parkway, Avenue Y, East Sixth street, Canal avenue, and Coney Island creek. No opinion. Motion granted, and proceedings referred to the Hon. Jesse Johnson to take testimony and report to the court with his opinion.

GRIMES, Respondent, v. CUATT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 9, 1907.) Action by Cora E. Grimes against Abraham Cuatt. No opinion. Motion to dismiss appeal granted, with $10 costs.

HACKER, Appellant, v. HACKER, Respondent. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Appeal from Special Term, New York County. Action by Caroline Hacker against Henry S. Hacker. From a judgment of dismissal after trial plaintiff appeals. Modified and affirmed. Samuel H. Wandell, for appellant. Samuel Lewis, Jr., for respondent.

PER CURIAM. The judgment entered in this action should be modified by inserting at the foot of it, pursuant to the written stipulation of the respective parties, as follows: "It is further ordered, adjudged, and decreed that the plaintiff, Caroline Hacker, is entitled to have the bodies of her husband, Elkan S. Hacker, and of her children, Solomon Hacker and Jennie Hacker, deceased, remain permanently entombed in plot No. 6, section 13, Mount Hope Cemetery, Jamaica, Long Island, where they are now buried; and also that the plaintiff, Caroline Hacker, is entitled to have her own body interred in said plot at the time of her decease, and that she is further entitled to have the bodies of such of her children as may die unmarried interred in said plot," and as thus amended affirmed, without costs to either party.

HAMILTON v. TURNBULL et al. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by William H. Hamilton, as executor, etc., against Andrew Turnbull, as executor, etc., and others. No opinion. Judgment affirmed, without costs.

HAMPSON et al., Respondents, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by Edward P. Hampson and others against James A. Smith, and others. No opinion. Motion for resettlement of order denied.

HANDMAN et al., Appellants, v. LOUIS, Respondent. (Supreme Court, Appellate Term.

February 4, 1907.) Appeal from Municipal Court, Borough of Manhattan, Fourth District. Action by Simon Handman and others against Joseph Louis. From a judgment of the Municipal Court of the city of New York in favor of defendant, plaintiffs appeal. Reversed, and new trial ordered. Jacob Friedman, for appellants. Harry M. Goldberg, for respondent.

PER CURIAM. A careful consideration of the testimony given in this case leads us to the conclusion that the interests of justice will be best subserved by ordering a new trial. Judgment reversed, and new trial ordered, with costs to appellants to abide the event.

HARRINGTON et al., Respondents, v. DOOLEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Katherine Harrington and others against John J. Dooley. No opinion. Motion to dismiss appeal granted.

HEARN v. CHAS. A. STEVENS & BRO. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by Harry J. Hearn against Chas. A. Stevens & Bro. No opinion. Motion denied, with $10 costs. Order filed.

HEARST v. McCLELLAN. (Supreme Court, Appellate Division, First Department. January 29, 1907.) In the matter of William R. Hearst against George B. McClellan. No opinion. Motion denied, with $10 costs. Order filed.

HEARST, Appellant, v. McCLELLAN, Mayor, et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by William Randolph Hearst against George B. McClellan, as Mayor, and Edward M. Grout, as Comptroller, of the city of New York. No opinion. Judgment affirmed, with costs.

HERZ, Respondent, v. HAUBEN, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by Gustave L. Herz against Samuel A. Hauben. No opinion. Judgment and orders of the County Court of Kings County affirmed, with costs.

HINDS, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Robert Hinds against the Interurban Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

HOLLAND, Respondent, v. REED et al., Appellants. (Supreme Court, Appellate Division, First Department. January 11, 1907.) Action by Blanche T. Holland against Frederick A. Reed and another. A. R. Heger, for appellants. B. G. Ileyn, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.